UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 JUN 19 AM 8:10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>AMADO MARTINEZ-RODRIGUEZ (1),<br><br>                Defendant. | CASE NO. 13CR0079-L<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_XX_ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_XX_ of the offense(s) as charged in the Indictment:

    8:1326(a) and (b) - Removed Alien Found in the United States

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 17, 2013

M. James Lorenz
U.S. District Judge